OPINION — AG — **** PROMOTER OF BOXING CONTEST SUBJECT TO STATE GROSS RECEIPTS TAX **** EVERY PROMOTER IS SUBJECT TO TAXATION OF TOTAL GROSS RECEIPTS OF ANY BOXING CONTEST OR SPARRING EXHIBITION, INCLUSIVE OF CLOSED CIRCUIT TELEVISIONS, AND IRRESPECTIVE OF WHETHER PROMOTER HAS PLACE OF BUSINESS WITHIN OR WITHOUT STATE OF OKLAHOMA. CITE: 3A O.S. 1971 2 [3A-2](18) (NATHAN J. GIGGER)